GALLAND ET AL., APPELLEES, *v.* MERIDIA HEALTH SYSTEMS, INC., APPELLANT.

[Cite as *Galland v. Meridia Health Sys., Inc.,*
105 Ohio St.3d 1217, 2005-Ohio-1654.]

(No. 2004–0737—Submitted March 1, 2005—Decided April 20, 2005.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

William F. Mikesell, for appellees.

Reminger & Reminger Co., L.P.A., Brian D. Sullivan, and Kathleen A. Atkinson, for appellant.